B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ossis Iron Works** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-2053542** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4860 Cecile Ave.**<br>**Las Vegas, NV**<br>ZIP Code **89115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) — See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | | Name of Debtor(s):<br>**Ossis Iron Works** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ossis Iron Works** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Kent L. Ivey**
Signature of Attorney for Debtor(s)

**Kent L. Ivey 8128**
Printed Name of Attorney for Debtor(s)

**Kent L. Ivey, Esq. IVEY FORSBERG & DOUGLAS**
Firm Name

**1070 W. Horizon Ridge Pkwy**
**Suite 100**
**Henderson, NV 89012**
Address

Email: iveynet@earthlink.net
**702-800-3588**
Telephone Number

**May 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Osvalda Ayala**
Signature of Authorized Individual

**Osvalda Ayala**
Printed Name of Authorized Individual

**President/Owner**
Title of Authorized Individual

**May 27, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Ossis Iron Works**  
　　　　　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A&D Automatic Gate and Access Nevada<br>6442 Windy Street #A<br>Las Vegas, NV 89119 | A&D Automatic Gate and Access Nevada<br>6442 Windy Street #A<br>Las Vegas, NV 89119 | Business Materials/Expense. | | 1,288.00 |
| Byte Guys<br>3250 Pollux Avenue<br>Las Vegas, NV 89102 | Byte Guys<br>3250 Pollux Avenue<br>Las Vegas, NV 89102 | IT (Computer) services for Business. | | 2,340.00 |
| Calif.Steel, Tube & Ornam. Supply<br>918 S. Main St. #B<br>Las Vegas, NV 89101 | Calif.Steel, Tube & Ornam. Supply<br>918 S. Main St. #B<br>Las Vegas, NV 89101 | Business Service/Expense. | | 72,775.57 |
| Cecile Lamont Park Owner's Association<br>4890 Cecile Ave.<br>Las Vegas, NV 89115 | Cecile Lamont Park Owner's Association<br>4890 Cecile Ave.<br>Las Vegas, NV 89115 | Association Dues for Business Property. | | 1,900.00 |
| Credit Collection Services Commercial<br>Two Wells Avenue<br>Newton Center, MA 02459 | Credit Collection Services Commercial<br>Two Wells Avenue<br>Newton Center, MA 02459 | Collection Agency for Farmers Insurance Group. Service Cancelled:9/20/2010. | | 989.24 |
| Curtis Steel Co., Inc.<br>4565 Wynn Rd.<br>Las Vegas, NV 89103 | Curtis Steel Co., Inc.<br>4565 Wynn Rd.<br>Las Vegas, NV 89103 | Business Equipment/Expense. | | 65,632.70 |
| Durango Fire Protection, Inc.<br>8228 Abercrombie Way<br>Las Vegas, NV 89145 | Durango Fire Protection, Inc.<br>8228 Abercrombie Way<br>Las Vegas, NV 89145 | Debtor entered into Confession Judgment to pay off remainder of balance.  See SOFA for additional information. | | 5,000.00 |
| EQA 2003 Irwin Portfolio Servicer<br>50 Washington Street<br>10th Floor<br>Norwalk, CT 06854 | EQA 2003 Irwin Portfolio Servicer<br>50 Washington Street<br>10th Floor<br>Norwalk, CT 06854 | Plotter-Equipment for Business Purposes. Contract/Lease (See schedule G). | | 4,557.07 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ossis Iron Works**            Case No. _____

           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Commerce Bank<br>5135 Camino Al Norte Rd. Ste 100<br>North Las Vegas, NV 89031 | First Commerce Bank<br>5135 Camino Al Norte Rd. Ste 100<br>North Las Vegas, NV 89031 | 4860 Cecile Avenue<br>Las Vegas, NV 89115. | | 760,686.53<br>(230,000.00 secured) |
| First Commerce Bank<br>5135 Camino Al Norte Rd. Ste. 100<br>North Las Vegas, NV 89031 | First Commerce Bank<br>5135 Camino Al Norte Rd. Ste. 100<br>North Las Vegas, NV 89031 | 4860 Cecile Avenue<br>Las Vegas, NV 89115. | | 457,177.76<br>(230,000.00 secured)<br>(760,686.53 senior lien) |
| Grafting Pacific, Inc.<br>3561 Sausalito Street<br>Los Alamitos, CA 90720 | Grafting Pacific, Inc.<br>3561 Sausalito Street<br>Los Alamitos, CA 90720 | Business Expense. | | 1,210.00 |
| IKON Financial Services<br>1738 Bass Road<br>Macon, GA 31210 | IKON Financial Services<br>1738 Bass Road<br>Macon, GA 31210 | Business Equipment: Fax/Copier: Lease to Purchase.<br>RI, MPC2500 | | 4,202.38 |
| Nevada Precision Sheet Metal, Inc.<br>714 South 1st Street<br>Las Vegas, NV 89101 | Nevada Precision Sheet Metal, Inc.<br>714 South 1st Street<br>Las Vegas, NV 89101 | Business Equipment/Expense. | | 4,395.86 |
| Philadelphia Inurance Companies<br>One Bala Plaza, Suite 100<br>Bala Cynwyd, PA 19004 | Philadelphia Inurance Companies<br>One Bala Plaza, Suite 100<br>Bala Cynwyd, PA 19004 | Business Insurance Policy. Cancelled: 2010. | | 2,551.00 |
| Praxair Distribution Inc.<br>4260 W. Tomkins Ave.<br>Las Vegas, NV 89103 | Praxair Distribution Inc.<br>4260 W. Tomkins Ave.<br>Las Vegas, NV 89103 | Business Supplies/Expenses. | | 4,166.99 |
| Premium Financing Specialists, Inc.<br>605 E. Holland Ave, Suite 210<br>Spokane, WA 99218 | Premium Financing Specialists, Inc.<br>605 E. Holland Ave, Suite 210<br>Spokane, WA 99218 | Scottsdale Insurance Co. MJ Hall & CO. Commercial Insurance for Business.<br>Loan Agreement | | 13,196.66 |
| Protection One Security<br>PO Box 5174<br>Carol Stream, IL 60197 | Protection One Security<br>PO Box 5174<br>Carol Stream, IL 60197 | Security System. Inactive as of 3/25/11. | | 674.95 |
| Sunrise Industrial Park Owner's Assoc.<br>2960 Marco Street<br>Las Vegas, NV 89115 | Sunrise Industrial Park Owner's Assoc.<br>2960 Marco Street<br>Las Vegas, NV 89115 | Association Dues for Business Property. | | 2,580.00 |
| Tru-Fit Products of Nevada<br>2834 S. Highland Drive<br>Las Vegas, NV 89109 | Tru-Fit Products of Nevada<br>2834 S. Highland Drive<br>Las Vegas, NV 89109 | Business Equipment. | | 3,290.37 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ossis Iron Works**          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Wells Fargo Business Direct Operations**<br>**Attn: Customer Service**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | **Wells Fargo Business Direct Operations**<br>**Attn: Customer Service**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | **Business Credit Card. Personal Guarantor: Osvaldo O. Ayala.** | | **6,861.34** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **May 27, 2011**          Signature    **/s/ Osvalda Ayala**
                                                                          **Osvalda Ayala**
                                                                          **President/Owner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Ossis Iron Works
4860 Cecile Ave.
Las Vegas, NV 89115

Kent L. Ivey
Kent L. Ivey, Esq. IVEY FORSBERG & DOUGLAS
1070 W. Horizon Ridge Pkwy
Suite 100
Henderson, NV 89012

A&D Automatic Gate
Acct No xS300
and Access Nevada
6442 Windy Street #A
Las Vegas, NV 89119

A1 Security
Acct No xxxx4124


Ahern Rentals
Acct No xx5726
4121 Arville St.
Las Vegas, NV 89103

Allied Interstate
Acct No xxxx9822
PO Box 1962
Southgate, MI 48195

Alpine Water Systems
Acct No xx5012
PO Box 94436
Las Vegas, NV 89193

Anthony's Glass & Mirror
Acct No 7835
4330 Desert Inn Ste. M
Las Vegas, NV 89102

Byte Guys
Acct No xx2518
3250 Pollux Avenue
Las Vegas, NV 89102

Calif.Steel, Tube & Ornam. Supply
918 S. Main St. #B
Las Vegas, NV 89101

Cecile Lamont Park Owner's Association
4890 Cecile Ave.
Las Vegas, NV 89115

```
Credit Collection Services Commercial
Acct No xxxxxxx1307
Two Wells Avenue
Newton Center, MA 02459

Curtis Steel Co., Inc.
Acct No 4722
4565 Wynn Rd.
Las Vegas, NV 89103

Durango Fire Protection, Inc.
8228 Abercrombie Way
Las Vegas, NV 89145

EQA 2003 Irwin Portfolio Servicer
Acct No xxxx9342
50 Washington Street
10th Floor
Norwalk, CT 06854

First Commerce Bank
5135 Camino Al Norte Rd. Ste. 100
North Las Vegas, NV 89031

First Commerce Bank
5135 Camino Al Norte Rd. Ste 100
North Las Vegas, NV 89031

Grafting Pacific, Inc.
Acct No xx-xSSIR
3561 Sausalito Street
Los Alamitos, CA 90720

IKON Financial Services
Acct No xxxxxxx-xxx6826
1738 Bass Road
Macon, GA 31210

Klingspor Abrasive
Acct No xxxxx-xxxxxx9773
Attn: Accounts Receivables
PO Box 2367
Hickory, NC 28603

Laura's Business Services
3137 Blossom Glen Drive
Henderson, NV 89014

Medical Revenue Services
Acct No xxxxxx0088
PO Box 1940
Melbourne, FL 32902
```

```
Nevada Precision Sheet Metal, Inc.
714 South 1st Street
Las Vegas, NV 89101

Philadelphia Inurance Companies
Acct No xxxx6091
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004

Praxair Distribution Inc.
Acct No xC430
4260 W. Tomkins Ave.
Las Vegas, NV 89103

Premium Financing Specialists, Inc.
Acct No xxx0451
605 E. Holland Ave, Suite 210
Spokane, WA 99218

Protection One Security
Acct No xxxx4134
PO Box 5174
Carol Stream, IL 60197

Sunrise Industrial Park Owner's Assoc.
2960 Marco Street
Las Vegas, NV 89115

Transworld Systems Inc.
Acct No xxxxx-xxxxxx9773
PO Box 12103
Trenton, NJ 08650

Tru-Fit Products of Nevada
2834 S. Highland Drive
Las Vegas, NV 89109

Wells Fargo Business Direct Operations
Acct No xxxx-xxxx-xxxx-1148
Attn: Customer Service
PO Box 348750
Sacramento, CA 95834
```